**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY SERMENO, | No.  2:25-CV-02377-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff Larry Sermeno ("Plaintiff"), who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's original complaint (ECF No. 1).  The matter was referred to a United States Magistrate Judge for further proceedings, including any further 28 U.S.C. § 1915(e)(2)(B) review.  (ECF No. 14.)

On December 8, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 15.)  No objections to the findings and recommendations were filed, and the time to do so has elapsed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The findings and recommendations (ECF No. 15), are ADOPTED IN FULL;

2.      Defendant California Department of Corrections and Rehabilitation (CDCR) is dismissed without leave to amend due to Eleventh Amendment Immunity;

3.      The Clerk of the Court is directed to terminate Defendant California Department of Corrections and Rehabilitation (CDCR);

4.      All claims brought against any Defendant in their official capacity are dismissed without leave to amend under Eleventh Amendment Immunity;

5.      All claims against Defendant Heather Bowlds in her individual capacity are dismissed with leave to amend;

6.      Remaining claims brought against Defendants Macomber, Bowlds, Williams, Romero, and Asher in their individual capacities, are dismissed with leave to amend;

7.      In light of Plaintiff's notice of erroneous filing (ECF No. 17), Plaintiff's third amended complaint (ECF No. 16) is stricken; and

8.      Plaintiff shall have 30 days from the date of this order to file a first amended complaint in accordance with this order.

Date: January 14, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2