**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY SERMENO,<br>Plaintiff,<br>v.<br>JEFF MACOMBER, et al.,<br>Defendants. | No. 2:25-cv-2377-TLN-ICD<br><br><u>ORDER</u> |

Plaintiff, who is proceeding *pro se*, brings this civil action. Pending before the Court is Plaintiff's motion to lift the stay of proceedings. ECF No. 22. The motion is DENIED because no stay of proceedings has been imposed. The sufficiency of Plaintiff's first amended complaint, ECF No. 19, will be addressed separately.

IT IS SO ORDERED.

Dated: October 27, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE